UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
DIVISION

| IN RE: | CASE NO: 18-40313 |
|---|---|
| DENISE RENEE EUDY<br>SHANE ERIC EUDY | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 6/26/2023, I did cause a copy of the following documents, described below,

Notice of Trustee Final Report

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/26/2023

/s/ H. JEFFERSON LEFORCE
H. JEFFERSON LEFORCE  00791094

500 NORTH CENTRAL EXPRESSWAY
PLANO, TX  75041
972 943 2580
cos@ch13plano.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
DIVISION

| IN RE: | CASE NO: 18-40313 |
|---|---|
| DENISE RENEE EUDY<br>SHANE ERIC EUDY | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 6/26/2023, a copy of the following documents, described below,

Notice of Trustee Final Report

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/26/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
H. JEFFERSON LEFORCE

500 NORTH CENTRAL EXPRESSWAY
PLANO, TX  75041

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not sent a First Class USPS Mail Service.

CM/ECF E-SERVICE

| | | |
|---|---|---|
| 21ST MORTGAGE CORPORATION +<br>P. O. BOX 477<br>KNOXVILLE, TN 37901-0477 | AFNI INC.<br>PO BOX 3097<br>BLOOMINGTON, IL 61702 | ALLEN STEWART<br>325 N. ST. PAUL ST.<br>SUITE 4000<br>DALLAS TX 75201 |
| ALLEN STEWART P.C.<br>1700 PACIFIC AVENUE<br>STE 2750<br>DALLAS, TX 75201 | ALLEN STEWART P.C.<br>1700 PACIFIC AVENUE<br>STE 2750<br>DALLAS, TX 75201 | ALLEN STEWART P.C.<br>325 N. ST. PAUL ST.<br>SUITE 4000<br>DALLAS, TX 75201 |
| ALLY BANK<br>PO BOX 130424<br>ROSEVILLE, MN 55113-0004 | ALLY BANK<br>PAYMENT PROCESSING CENTER<br>PO BOX 78367<br>PHOENIX, AZ 85062-8367 | ALLY FINANCIAL<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 380901<br>BLOOMINGTON, MN 55438 |
| AMERICREDIT<br>PO BOX 183853<br>ARLINGTON, TX 76096-3853 | AMERICREDIT/GM FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 183853<br>ARLINGTON, TX 76096 | ARVIND NATH RAWAL<br>4515 N SANTA FE AVE<br>DEPT APS<br>OKLAHOMA CITY, OK 73118 |
| ASHLEY FUNDING SERVICES LLC ITS<br>SUCCESSORS<br>ASSIGNS AS ASSIGNEE OF LABORATORY<br>CORPORATION OF A<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 | AT&T<br>C/O BANKRUPTCY<br>4331 COMMUNICATIONS DR<br>FLR 4W<br>DALLAS, TX 75211 | ATTORNEY GENERAL OF TEXAS<br>PO BOX 12548<br>AUSTIN, TX 78711 |
| BAYLOR MED CTR-ELLIS CO<br>C/O CREDITORS BANKRUPTCY SERVICES<br>P.O. BOX 800849<br>DALLAS, TX 75380-0849 | CAVALRY INVESTMENTS LLC<br>500 SUMMIT LAKE DRIVE STE 400<br>VALHALLA, NY 10595 | CAVALRY INVESTMENTS, LLC<br>P. O. BOX 27288<br>TEMPE, AZ 85285-7288 |
| CHECK N' GO<br>7755 MONTGOMERY ROAD<br>SUITE 400<br>CINCINNATI, OH 45246 | CREDIT SYSTEMS INTERNATIONAL INC<br>1277 COUNTRY CLUB LANE<br>FORT WORTH, TX 76112 | CM/ECF E-SERVICE<br>DENISE RENEE EUDY +<br>SHANE ERIC EUDY<br>10929 FM 55<br>BLOOMING GROVE, TX 76626 |
| ENNIS REGIONAL MEDICAL CENTER<br>RESURGENT CAPITAL SERVICES<br>PO BOX 1927<br>GREENVILLE, SC 29602 | ENNIS REGIONAL MEDICAL CENTER<br>P.O.BOX 630957<br>CINCINNATI, OH 45263 | GEICO INSURANCE<br>C/O D.W.STORY & ASSOC. INC.<br>P.O.BOX 1269<br>MABANK, TX 75147 |
| HARLEY DAVIDSON FINANCIAL<br>ATTENTION: BANKRUPTCY<br>PO BOX 22048<br>CARSON CITY, NV 89721 | HARLEY-DAVIDSON CREDIT CORP<br>DEPT 15129<br>PALATINE, IL 60055-5129 | HARLEY-DAVIDSON CREDIT CORP<br>PO BOX 9013<br>ADDISON, TX 75001-9013 |

Case 18-40313 Doc 92 Filed 06/26/23 Entered 06/26/23 12:08:50 Desc Main
Document Page 4 of 6

USPS FIRST CLASS MAILING RECIPIENTS:
Parties whose names are struck through were not sent mail via First Class USPS Mail Service.

| | | |
|---|---|---|
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA, PA 19101 | INTERNAL REVENUE SERVICE<br>1100 COMMERCE ST #121<br>DALLAS, TX 75242 | INTERNAL REVENUE SERVICE<br>INSOLVENCY REMITTANCE<br>POST OFFICE BOX 7317<br>PHILADELPHIA, PA 19101 |
| LINEBARGAR GOGGAN BLAIR & SAMPSON LLP<br>2777 N STEMMONS FREEWAY SUITE 1000<br>DALLAS, TX 75207 | LISA LARGE COCKRELL<br>LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>2777 N STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX 75207 | LVNV FUNDING, LLC ITS SUCCESSORS AND ASSIGNS<br>ASSIGNEE OF HOMECOMINGS FINANCIAL<br>NETWORK INC RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE, SC 29603-0587 |
| CM/ECF E-SERVICE<br>NAVARRO COUNTY +<br>C/O LINEBARGER, GOGGAN, BLAIR<br>2323 BRYAN STREET, SUITE 1600<br>DALLAS, TX 75201-2644 | NAVARRO COUNTY<br>MELISSA PALO<br>LINEBARGER GOGGAN BLAIR & SAMPSON<br>2777 N. STEMMONS FRWY SUITE 1000<br>DALLAS, TX 75207 | NAVARRO COUNTY<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS, TX 75207 |
| ONEMAIN<br>PO BOX 70912<br>CHARLOTTE, NC 28272 | ONEMAIN FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 3251<br>EVANSVILLE, IN 47731 | ONEMAIN FINANCIAL<br>PO BOX 3251<br>EVANSVILLE, IN 47731-3251 |
| ONEMAIN FINANCIAL<br>ATTN: BANKRUPTCY DEPARTMENT<br>601 NW 2ND ST #300<br>EVANSVILLE, IN 47708 | CM/ECF E-SERVICE<br>PRA RECEIVABLES MANAGEMENT LLC +<br>PO BOX 41021<br>NORFOLK, VA 23541 | PROSPERITY BANK<br>100 S MAIN<br>CORSICANA, TX 75110 |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | REGIONAL ACCEPTANCE CO<br>ATTN: BANKRUPTCY<br>1424 E FIRETOWER RD<br>GREENVILLE, NC 27858 | REGIONAL ACCEPTANCE CORPORATION<br>BANKRUPTCY<br>PO BOX 1487<br>WILSON, NC 27894-1847 |
| SANTANDER CONSUMER USA<br>PO BOX 961245<br>FT WORTH, TX 76161 | SHAWN K. BRADY<br>BRADY LAW FIRM<br>6136 FRISCO SQUARE BLVD, SUITE 400<br>FRISCO, TX 75034-5891 | STEPEHEN JOESPH MODRIC<br>ALLEN STEWART P.C.<br>325 N. ST. PAUL STREET, STE 4000<br>DALLAS, TX 75201 |
| SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | SYNCHRONY BANK/CARE CREDIT<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL 32896 | TEXAS WORKFORCE COMMISSION<br>REGULATORY INTEGRITY DIVISION - SAU<br>101 E. 15TH STREET, ROOM 556<br>ATTN: RICK DIAZ<br>AUSTIN, TX 78778 |

(U.S. Trustee)
US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702

(Creditor)
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

claims@recoverycorp.com

(Creditor)
OneMain
PO BOX 3251
EVANSVILLE, IN 47731


Melissa L. Palo
Linebarger Goggan Blair & Sampson LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207

lisa.cockrell@lgbs.com

(Creditor)
Navarro County
Linebarger Goggan Blair & Sampson, LLP
c/o Melissa L. Palo
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207
represented by:
Lisa L. Evans
Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Freeway, Suite 1000
Dallas, TX 75207

lisa.evans@lgbs.com

Jamie Kirk
Law Office of Jamie Kirk
10233 E. Northwest Hwy.
Ste. #38147
Dallas, TX 75238
(Attorney)PRO SE
represented by:
Jamie Kirk
Hayward PLLC
10501 North Central Expy. Ste. 106
Dallas, TX 75231
(fax)

jkirk@haywardfirm.com


Stephen Joseph Modric
Modric Law
3007 Cole Avenue
Ste #424
Dallas, TX 75204

modriclaw@gmail.com

Jamie Kirk
Hayward PLLC
10501 North Central Expy. Ste. 106
Dallas, TX 75231
(fax)

jkirk@haywardfirm.com

(Debtor)
Shane Eric Eudy
10929 FM 55
Blooming Grove, TX 76626
represented by:
Lee Lesher
Allen Stewart, PC
1700 Pacific Ave, Suite 2750
Dallas, TX 75201

llesher@allenstewart.com


Jamie Kirk
Hayward PLLC
10501 North Central Expy. Ste. 106
Dallas, TX 75231
(fax)

jkirk@haywardfirm.com

Stephen Joseph Modric
Modric Law
3007 Cole Avenue
Ste #424
Dallas, TX 75204

modriclaw@gmail.com

(Joint Debtor)
Denise Renee Eudy
10929 FM 55
Blooming Grove, TX 76626
represented by:
Lee Lesher
Allen Stewart, PC
1700 Pacific Ave, Suite 2750
Dallas, TX 75201

llesher@allenstewart.com

(Trustee)
Carey D. Ebert
P. O. Box 941166
Plano, TX 75094-1166
represented by:
Carey D. Ebert
P. O. Box 941166
Plano, TX 75094-1166

ECFch13plano@ch13plano.com

(Creditor)
AmeriCredit Financial Services, Inc.
dba GM Financial
P O Box 183853
Arlington, TX 76096

(Creditor)
Ally Bank, c/o AIS Portfolio Services,
LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

(Creditor)
21st Mortgage Corporation
PO Box 477
Knoxville, TN 37901
represented by:
Shawn K. Brady
Brady Law Firm, PLLC
6136 Frisco Square Blvd., Suite 400
Frisco, TX 75034-5891

sgodwin@brady-law-firm.com