**IN THE UNITED STATES BANKRUPTCY COURT FOR
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

In re

SHANE ERIC EUDY
DENISE RENEE EUDY

Debtors.

In Chapter 13 Proceeding
Case No. 18-40313

### REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 2/16/2018 Docket Number 6.

Dated: This 9th day of July, 2023

By: /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## Certificate of Service

I hereby certify that a copy of the foregoing was served electronically to the following parties:

LEE BRANDON LESHER
Attorney

CAREY D EBERT
Chapter 13 Trustee

Dated: This 9th day of July, 2023

By: /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257